**No. 57405.**—Barkey Importing Co., Inc. v. United States, protest 197577–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the facts and issues herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that two bales of greasy wool reported by the inspector as not landed, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the two bales of greasy wool not landed, not found.   The protest was sustained to this extent.